RECEIVED
JUN 3 0 2005
ROBERT H. ... CLERK
WESTERN DIST. OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ARTHUR ROMERO** | **CIVIL ACTION NO. 04-1284** |
| VS. | JUDGE MELANÇON |
| **JO ANNE BARNHART, Commissioner** <br> **Social Security Administration** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this case is **REVERSED** and judgment is rendered in favor of Romero for disability insurance benefits with an onset date of October 3, 2001.[1]

Lafayette, Louisiana this 30th day of August, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT

COPY SENT
DATE 8/4/05
BY
TO

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).